JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EDWIN GARCIA,<br><br>            Plaintiff,<br><br>            v.<br><br>L.A. COUNTY SHERIFF'S<br>DEPARTMENT et al.,<br><br>            Defendants. | No. CV 15-08329-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: June 26, 2017

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge